# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1767
LT Case No. 2020-CA-000376

_____

COURTNEY CANOVA AND KELLY
CANOVA,

    Appellants,

    v.

R&B1, LLC, RHYTHM AND
BLUES ENTERTAINMENT, LLC
D/B/A TIJUANA FLATS,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Michael J. Rudisill, Judge.

Douglas G. Rawnsley, of Rawnsley Law, Daytona Beach, for
Appellants.

Gregory D. Jones, Kerry C. McGuinn, Jr., and Carla M.
Sabbagh, of Rywant, Alvarez, Jones, Russo & Guyton, P.A.,
Tampa, for Appellee.

October 17, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., JAY, and BOATWRIGHT, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---